■ In the Matter of REGINALD BURGESS, Petitioner, v MICHAEL J. BINTZ, as Superintendent of Riverview Correctional Facility, Respondent. [726 NYS2d 307] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in St. Lawrence County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner challenges a determination finding him guilty of violating facility count procedures after he refused to rise from his bed during a "standing" count. Contrary to petitioner's contention, the misbehavior report, together with the testimony adduced at the hearing, constitute substantial evidence to support the determination of guilt (*see, Matter of Ingram v Mann*, 219 AD2d 743; *Matter of Littles v Kirk*, 168 AD2d 757, *lv denied* 77 NY2d 809). Petitioner's remaining contentions have been examined and found to be without merit.

Mercure, J. P., Peters, Spain, Mugglin and Lahtinen, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.